HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGEN SYSTEMS, S.A., <br><br> Plaintiff, <br><br> v. <br><br> EURODUBBING SERVICES LTD., <br><br> Defendant. | No. 2:21-cv-00628-JLR <br><br> STIPULATED DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41 (a) (1) (ii), plaintiff Eugen Systems, S.A. ("Eugen") and defendant Eurodubbing Services Ltd. ("Eurodubbing"), by and through their respective attorneys, stipulate to the dismissal of all claims and counterclaims with prejudice. Each party will bear its own attorneys' fees and costs.

AGREED AND STIPULATED TO this 17th day of December, 2021.

DATED this 17th day of December, 2021.

By: *s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA No. 18228

By: *s/ Olivia T. Nguyen*
Olivia T. Nguyen, WSBA No. 48178
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Tel:  (206) 359-8000
Fax:  (206) 359-9000
Email:    RAlSalam@perkinscoie.com
Email:    ONguyen@perkinscoie.com

*Attorneys for Plaintiff Eugen Systems, S.A.*

By: *s/ Warren J. Rheaume*
Warren J. Rheaume, WSBA No. 13627
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 757-8265
Mobile: (206) 235-7801
Fax: (206) 757-7700
E-mail: warrenrheaume@dwt.com

Joshua M. Masur, admitted *pro hac vice*
**ZUBER LAWLER LLP**
2000 Broadway Street, Suite 154
Redwood City, CA 94063
Tel: (213) 596-5620
Fax: (213) 596-5621
Email: jmasur@zuberlawler.com

*Attorneys for Defendant
Eurodubbing Services Ltd.*

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE
(Case No. 2:21-cv-00628-JLR)– 2

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this 20th day of December, 2021.

*[signature]*

James L. Robart
UNITED STATES DISTRICT JUDGE